UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB SILVER, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>LIVEWATCH SECURITY, LLC d/b/a BRINKS HOME SECURITY f/k/a BOLSTER LLC d/b/a SAFEMART; MONITRONICS INTERNATIONAL, INC. d/b/a BRINKS HOME SECURITY,<br><br>      Defendants. | Case No. 2:20-cv-02478-JS-AYS<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR DIRECTION OF NOTICE** |

  **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Preliminary Approval, the Declarations of Beth E. Terrell, Daniel A. Schlanger and Jacob Silver (including all exhibits thereto), all other motion papers and all prior pleadings in this action, Plaintiff Jacob Silver hereby moves the Court, before the Honorable Joanna Seybert, at the United States District Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, at a date and time to be determined by the Court, for an order granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and for direction of class notice. Plaintiff requests that the Court:

  a. Grant preliminary approval of the parties' proposed Settlement Agreement and Release (the "Settlement Agreement") as fair, reasonable, adequate and in the best interests of the Settlement Class;

  b. Certify the Settlement Class as defined in the Settlement Agreement;

  c. Appoint Plaintiff as Class Representative representing the Settlement Class;

  d. Appoint Beth E. Terrell (of Terrell Marshall Law Group PLLC) and Daniel A.

Schlanger (of Schlanger Law Group LLP) as Class Counsel;

e. Approve the parties' proposed notice plan, including the form, content, manner and timing of notice to the Settlement Class, and authorize Notice to be distributed in accordance with the notice plan set forth in the Settlement Agreement.

f. Appoint American Legal Claims Services LLC as Settlement Administrator for the Settlement and direct it to carry out the duties and responsibilities of the Settlement Administrator specified in the Settlement Agreement;

g. Set deadlines for Settlement Class Members to object to or request exclusion from the Settlement;

h. Schedule a Fairness Hearing and certain other dates in connection with the final approval of the Settlement pursuant to Fed. R. Civ. P. 23(e)(2); and

i. Grant such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED AND DATED this 11th day of January, 2022.

SCHLANGER LAW GROUP LLP

By: /s/ Daniel A. Schlanger
Daniel A. Schlanger
Arjun Shah
80 Broad Street, Suite 1301
New York, New York 10016
Telephone: (212) 500-6114
Facsimile: (646) 612-7996
Email: dschlanger@consumerprotection.net
Email: ashah@consumerprotection.net

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
Beth E. Terrell, *Admitted Pro Hac Vice*
Benjamin M. Drachler, *Admitted Pro Hac Vice*
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

                Facsimile: (206) 319-5450
                Email: bterrell@terrellmarshall.com
                Email: bdrachler@terrellmarshall.com

*Attorneys for Plaintiff*