UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB SILVER, *on behalf of himself and all others similarly situated*,<br><br>    Plaintiff,<br><br>  v.<br><br>LIVEWATCH SECURITY, LLC d/b/a BRINKS HOME SECURITY f/k/a BOLSTER LLC d/b/a SAFEMART; MONITRONICS INTERNATIONAL, INC. d/b/a BRINKS HOME SECURITY,<br><br>    Defendants. | Case No. 2:20-cv-02478-JS-AYS |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Class Counsel's Motion for Final Approval of Class Action Settlement, the Declaration of Daniel A. Schlanger dated July 15, 2022, the Declaration of American Legal Claim Services, LLC, dated July 14, 2022, the declaration of Beth E. Terrell dated July 15, 2022 and all other supporting papers, Class Counsel hereby moves this Court, at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Courtroom 1030, Central Islip, New York 11722, for an order granting Class Counsel's Unopposed Motion for Final Approval of Class Action Settlement.

RESPECTFULLY SUBMITTED AND DATED this 15th day of July, 2022.

        SCHLANGER LAW GROUP LLP

        By:  /s/ Daniel A. Schlanger
           Daniel A. Schlanger
           Arjun Shah
           80 Broad Street, Suite 1301

        New York, New York 10016
        Telephone: (212) 500-6114
        Facsimile: (646) 612-7996
        Email: dschlanger@consumerprotection.net
        Email: ashah@consumerprotection.net

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, *Admitted Pro Hac Vice*
    Beth E. Terrell, *Admitted Pro Hac Vice*
    Benjamin M. Drachler, *Admitted Pro Hac Vice*
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450
    Email: bterrell@terrellmarshall.com
    Email: bdrachler@terrellmarshall.com

*Attorneys for Plaintiff*